# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| LORA SIMPSON,<br>    Plaintiff, | Case No. 1:22-cv-664<br>McFarland, J.<br>Litkovitz, M.J. |
| v. | |
| SOUTHERN OHIO BEHAVIORAL<br>HEALTH, LLC, *et al.*,<br>    Defendants. | **ORDER** |

The Court conducted an informal discovery conference in this matter on September 2, 2022. As discussed during the conference, defendants shall provide their initial responses to plaintiff's interrogatories and request for production of documents no later than September 9, 2022, and the remainder of their responses no later than September 23, 2022.

The parties' joint oral request for an extension of the current discovery and dispositive motion deadlines is **GRANTED**. The new discovery deadline is **November 30, 2022**, and the dispositive motion deadline is **December 30, 2022**.

**IT IS SO ORDERED.**

Date: 9/2/2022

Karen L. Litkovitz
United States Magistrate Judge